56 F.3d 1053w
 75 A.F.T.R.2d 95-2615, 95-1 USTC P 50,295
 WWSM INVESTORS, dba Advanced Plastics Engineering Co.,
Plaintiff-Counter-claimant-Defendant-Appellant,
v.
UNITED STATES of America,
Defendant-Counter-claimant-Plaintiff-Appellee.
 No. 93-17072.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submission Deferred April 4, 1995.
Resubmitted May 17, 1995.
Decided May 31, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION